**WILLIAM J. SMITH - #056116**
**SHELLEY G. BRYANT - #222925**
**AMANDA B. NEWELL- # 251160**
**W. J. SMITH & ASSOCIATES, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, CHRISMA GRIGGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISMA GRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>TULARE DISTRICT HOSPITAL, a public entity, MICHAEL BULLOCK, an individual (as to GC §12940 only), and CRAIG TANAKA, an individual (as to GC §12940 only),<br><br>Defendants. | **Case No.**<br><br>**COMPLAINT FOR VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, VIOLATION OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT, RETALIATION**<br><br>**DEMAND FOR JURY TRIAL** |

**PRELIMINARY STATEMENT**

1. Plaintiff, Chrisma Griggs, (hereinafter "Plaintiff") brings this action for damages resulting from Defendants' violation of her civil rights, as secured under the Constitution and the laws of the United States and the State of California, by their maintenance of unlawful practices which had the purpose or effect of discriminating against her on the basis of her sex, and retaliation.

**JURY DEMAND**

2. Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

**JURISDICTION**

3. This action is brought to redress violations of Plaintiff's rights as guaranteed by Title

VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., the California Fair Employment and Housing Act, Government Code §12900 et seq., and Article I, Section 8 of the California Constitution, to secure protection against and to redress deprivation of her right to be free of sex harassment, retaliation, and discrimination in employment. The jurisdiction of this court is invoked pursuant to 28 U.S.C. §1343(4) to secure the above-specified rights. This court also has jurisdiction over the subject matter pursuant to 28 U.S.C. §1331 in that this civil action arises in part under the Constitution or laws of the United States of America. Plaintiff requests that the court exercise jurisdiction over her state law claims pursuant to 28 U.S.C. §1367(a).

**PARTIES**

4. Plaintiff is a female who was sexually harassed, discriminated against and retaliated against by Defendant employer, Tulare District HealthCare Systems (hereinafter referred to as "TDHS"), in Tulare County, California, at the time of the acts giving rise to this action. Defendants, Michael Bullock (hereinafter referred to as "Bullock") and Craig Tanaka (hereinafter referred to as "Tanaka"), supervisors for TDHS and Plaintiff's supervisors, created a hostile work environment and engaged in sexual harassment in Tulare County, California, at the time of the acts giving rise to this action.

5. Defendant, TDHS, was an employer at all times relevant herein, and is a public entity doing business in the State of California, and has continuously had and does now have at least fifteen employees. Defendant, TDHS, is an enterprise engaged in commerce within the meaning of 42 U.S.C. §2000e(b).

6. At all times relevant herein Defendants, Bullock and Tanaka, were employees, agents and supervisors of Defendant, TDHS, within the meaning of California Government Code §12926®).

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

7. On or about April 18, 2007, Plaintiff filed charges of discrimination and harassment with the U.S. Equal Employment Opportunity Commission (hereinafter referred to as "EEOC") and California Department of Fair Employment and Housing against Defendant, TDHS, alleging discrimination, sex harassment, and retaliation and naming Defendants, Bullock and Tanaka. On or about December 18, 2009, EEOC issued a "Right to Sue Letter," a true and correct copy of which is

attached hereto as Exhibit "A" and incorporated by reference.

**FIRST CLAIM FOR RELIEF**
**TITLE VII**

8. More than thirty (30) days prior to the institution of this lawsuit, Plaintiff filed a charge with the EEOC alleging violations of Title VII by Defendant, TDHS. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. Since at least March 2007, Defendant, TDHS, has engaged in unlawful employment practices in violation of §703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). These practices include subjecting Plaintiff to a sexually hostile, abusive, intimidating and offensive work environment, which culminated in an adverse tangible employment action.

10. Plaintiff is informed and believes that other female employees have been similarly subjected to a sexually hostile, abusive, intimidating and offensive work environment.

11. Since at least March 2007, Defendant, TDHS, subjected Plaintiff to adverse employment actions in retaliation for her opposition to and rejection of the sexual harassment in violation of §704(a) of Title VII, 42 U.S.C. §2000e-3(a). These practices include but are not limited to unjust discipline, continued harassment, and constructive discharge.

12. The effect of the practices complained of above has been to adversely affect Plaintiff's employment status because of the sexual harassment and on account of retaliation.

**SECOND CLAIM FOR RELIEF**
**CALIFORNIA GOVERNMENT CODE §§12900, ET SEQ.**
**(ALL DEFENDANTS)**

13. Plaintiff re-alleges and incorporates by reference herein each and every allegation stated in Paragraphs 1 through 12, above, as though fully stated herein.

14. Plaintiff is informed and believes and thereon alleges that a substantial or motivating factor in Defendants' discrimination, sexual harassment, and retaliation, was her sex, female, in violation of the California Fair Employment and Housing Act set forth at California Government Code §§12900, et seq.

15. The behavior, conduct, and comments by the Defendants created a work environment that was intimidating, hostile, oppressive and offensive to Plaintiff which deprived Plaintiff of the

benefit of a discrimination-free work environment, all in violation of California Government Code §§12940, et seq. Such conduct on the part of Defendants, Bullock and Tanaka, included, but was not limited to, making offensive and unwanted sexually-oriented comments to Plaintiff, leering at Plaintiff in a sexually suggestive and offensive manner, and touching Plaintiff's body.

16. Under California Government Code §12940(k), Defendant, TDHS, had a duty to prevent discrimination, sexual harassment and retaliation against Plaintiff and to provide her with a workplace which was free of discrimination and harassment. Defendant, TDHS, failed to take reasonable steps to prevent discrimination against and harassment of Plaintiff on the basis of her sex. In fact, TDHS knowingly and willfully allowed and condoned a sexually charged workplace.

17. As a proximate result of the Defendants' acts of harassment and retaliation, Plaintiff has suffered and continues to suffer substantial economic losses and interest thereon, incurred in seeking and performing substitute employment and earnings, bonuses, deferred compensation and other employment benefits which Plaintiff would have received. She has suffered and continues to suffer both physical, including the physical manifestations thereof, and non-physical injuries, including severe emotional distress and personal physical injuries, humiliation, embarrassment and mental anguish all to her damage in an amount to be proven at trial.

18. In doing the acts and/or failing to do the acts alleged herein above, Defendants, Bullock and Tanaka, engaged in discriminatory acts and conduct with malice towards Plaintiff and/or a reckless indifference to her statutorily protected rights and in conscious disregard of the rights, both statutory and common law guaranteed Plaintiff by the State of California. As such, Defendants, Bullock and Tanaka, are guilty of oppression and malice for which Plaintiff is entitled to punitive damages, in an amount to be proven at trial.

19. California Code of Civil Procedure §1021 provides that attorneys' fees are recoverable in an action for which they are specifically provided by statute. California Government Code §12965(b) provides that reasonable attorneys' fees and costs are recoverable herein from Defendants, Bullock and Tanaka, by the prevailing party, within the discretion of the Court. Plaintiff has retained attorneys for the prosecution of this action. As a result, Plaintiff is entitled to her reasonable attorneys' fees and costs herein incurred.

**PRAYER**

WHEREFORE, Plaintiff prays this Court for the relief set forth below:

1. For back pay and employment benefits in order to make Plaintiff, and similarly situated employees and former employees of TDHS, whole for injuries sustained on account of Defendants' acts;

2. For front pay to compensate Plaintiff, and similarly situated employees and former employees of TDHS, for the future losses occasioned by Defendants' acts;

3. For emotional distress damages;

4. For compensatory damages according to proof at trial;

5. For punitive damages as to Defendants, Bullock and Tanaka, according to proof at trial;

6. For interest on all back pay and employment benefits awarded to make Plaintiff, and similarly situated employees and former employees of TDHS, whole and to deter Defendants from engaging in discriminatory activities in the future;

7. For reasonable attorneys' fees, costs and disbursements occasioned by this litigation; and

8. For injunctive relief and for such other and further relief as the Court may deem proper.

DATED: March 8, 2010

W. J. SMITH & ASSOCIATES

/S/ William J. Smith
WILLIAM J. SMITH, Attorneys for Plaintiff,
CHRISMA GRIGGS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Chrisma Griggs**
**2518 West Larc Ave**
**Visalia, CA 93277**

From: **Fresno Local Office**
**2300 Tulare Street**
**Suite 215**
**Fresno, CA 93721**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **485-2007-00356** | **Maria Marquez, Investigator** | **(559) 487-5795** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Melissa Barrios,**
**Director**

12/18/09
*(Date Mailed)*

cc: **TULARE DISTRICT HOSPITAL**
**C/o Human Resources**
**869 Cherry Street**
**Tulare, CA 93274**

**Dennis G. McCarthy, Esq.**
**Fenton & Keller**
**2801 Monterey-Salinas Highway**
**Monterey, CA 93942-0791**

**LAW OFFICES OF W.J. SMITH & ASSOCIATES, INC**
**William J. Smith, Esq.**
**2350 West Shaw Ave, Suite 132**
**Fresno, CA 93711**

EXHIBIT "A"