8244.30194

DENNIS G. MCCARTHY (Bar No. 118178)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942
Telephone:   831-373-1241
Facsimile:    831-373-7219

Attorneys for Defendant
TULARE DISTRICT HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISMA GRIGGS,<br><br>              Plaintiff,<br><br>       v.<br><br>TULARE DISTRICT HOSPITAL, a public entity, MICHAEL BULLOCK, an individual (as to GC §12940 only), and CRAIG TANAKA, an individual (as to GC §12940 only),<br><br>              Defendants. | CASE NO. 1:10-CV-00412-OWW-GSA<br><br>**STIPULATION TO EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>**AND ORDER**<br><br>[Pursuant to Local Rule 144(Fed. R. Civ. P6)]<br><br>Date of Filing:  March 8, 2010 |

IT IS HEREBY STIPULATED by the parties hereto to their respective counsel of record that Defendant TULARE DISTRICT HOSPITAL's time to respond to the Complaint is extended to June 28, 2010.

///

///

///

///

///

///

///

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

H:\documents\srj.2tk7vwi.doc

**STIPULATION TO EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER**

| | |
|---|---|
| Dated: June 11, 2010 | FENTON & KELLER |
| | By: /s/ |
| | Dennis G. McCarthy |
| | Attorneys for Defendant |
| | TULARE DISTRICT HOSPITAL |
| Dated: June 11, 2010 | W.J. SMITH & ASSOCIATES, INC. |
| | By: /s/ |
| | William J. Smith |
| | Attorneys for Plaintiff |
| | CHRISMA GRIGGS |

IT IS SO ORDERED.

Dated:  **June 18, 2010**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE