DENNIS G. McCARTHY, #118178
SHARILYN R. PAYNE, #203700
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
P.O. Box 791
Monterey, CA 93942
Telephone: (831) 373-1241

LEONARD C. HERR, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant/ Cross-Complainant,
        TULARE DISTRICT HEALTHCARE SYSTEM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISMA GRIGGS,<br><br>            Plaintiff,<br><br>    v.<br><br>TULARE DISTRICT HOSPITAL, a public entity, MICHAEL BULLOCK, an individual (as to GC section 12940 only), and CRAIG TANAKA, an individual (as to GC section 12940 only),<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: 1:10-CV-00412-OWW-GSA<br><br>**STIPULATION AND ORDER** |

## **RECITALS**

WHEREAS, Defendant/Cross-Complainant, TULARE DISTRICT HOSPITAL (the "District") served a cross-complaint on Cross-Defendant, SODEXO AMERICA, LLC ("Sodexo") on October 27, 2010;

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-
**STIPULATION AND ORDER**

1  WHEREAS, on November 17, 2010, Sodexo was required to file a responsive
2  pleading to the District's cross-complaint; and
3  WHEREAS, both parties by and through their counsel of record have agreed
4  that Sodexo may file their responsive pleading on November 30, 2010.

**STIPULATION**

IT IS HEREBY STIPULATED TO by and between the parties, through their respective attorneys of record, that Sodexo may file a responsive pleading on November 30, 2010.

DATED:  November 18, 2010          FENTON & KELLER

                                   By: /s/ Dennis G. McCarthy
                                       DENNIS G. McCARTHY,
                                       Attorneys for Defendant/Cross-
                                       Complainant,
                                       TULARE DISTRICT HEALTHCARE SYSTEM

DATED:  November 18, 2010          DOOLEY, HERR, PELTZER & RICHARDSON, LLP

                                   By: /s/ Leonard C. Herr
                                       LEONARD C. HERR,
                                       Attorneys for Plaintiff,
                                       TULARE DISTRICT HEALTHCARE SYSTEM

DATED:  November 18, 2010          COOLEY MANION JONES, LLP

                                   By: /s/ John Hugo
                                       JOHN HUGO,
                                       Attorneys for Cross-Defendant,
                                       SODEXO AMERICA, LLC

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

**ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of counsel, the Court adopts this stipulation as an order of the Court.

IT IS SO ORDERED.

Dated:   **November 19, 2010**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-
**STIPULATION AND ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
DOOLEY  HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-4-
**STIPULATION AND ORDER**