John T. Hugo, Esq. (State Bar No. 269555)
William M. Hake, Esq. (State Bar No. 110956)
Carrie S. Lin, Esq. (State Bar No. 241849)
**COOLEY MANION JONES HAKE KUROWSKI LLP**
201 Spear Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 512-4381
Fax: (415) 512-6791

Attorneys for Counter-Defendant and Cross-Claimant
**SODEXO AMERICA, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISMA GRIGGS<br><br>Plaintiff,<br>v.<br><br>TULARE DISTRICT HOSPITAL, a public entity, MICHAEL BULLOCK, an individual (as to GC §12940 only), and CRAIG TANAKA, an individual (as to GC §12940 only),<br><br>Defendants. | Case No.: 1:10-CV-00412-OWW-GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO PRODUCE INITIAL DISCLOSURES** |
| TULARE DISTRICT HEALTHCARE SYSTEM (erroneously sued as TULARE DISTRICT HOSPITAL), a public entity,<br><br>Cross-Claimant,<br>v.<br><br>SODEXO AMERICA, LLC, a Delaware limited liability company, and CRAIG TANAKA, an individual,<br><br>Cross-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for Sodexo America, LLC to file its Initial Disclosures is hereby extended from December 21, 2010 to and including January 14, 2011.

**STIPULATION AND ORDER EXTENDING TIME TO PRODUCE INITIAL DISCLOSURES**

Dated: December 21, 2010
COOLEY MANION JONES HAKE KUROWSKI LLP

/s/ JOHN T. HUGO, Esq.
JOHN T. HUGO, Esq.
CARRIE S. LIN, Esq.
Attorneys for Defendant
SODEXO AMERICA, LLC.

Dated: December 21, 2010    FENTON & KELLER

/s/ DENNIS G. McCARTHY
DENNIS G. McCARTHY
Attorneys for Defendant/Cross Complainant,
TULARE DISTRICT HEALTHCARE SYSTEM

Dated: December 21, 2010    DOOLEY, HERR, PELTZER & RICHARDSON, LLP

/s/ LEONARD C. HERR
LEONARD C. HERR
Attorneys for Plaintiff
TULARE DISTRICT HEALTHCARE SYSTEM

**ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of counsel, the Court adopts this stipulation as an order of the Court.

IT IS SO ORDERED.

Dated:   **December 21, 2010**        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE