# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISMA GRIGGS, | ) | 1:10-cv-412 OWW GSA |
| | ) | |
| Plaintiffs, | ) | **ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | ) | (Document 45) |
| TULARE DISTRICT HOSPITAL et al., | ) | **ORDER SETTING STATUS CONFERENCE BEFORE DISTRICT JUDGE OLIVER W. WANGER ON JULY 28, 2011 AT 8:15 A.M.** |
| Defendants. | ) | |

On April 29, 2011, an Order to Show Cause ("OSC") was issued ordering Plaintiff Chrisma Griggs ("Plaintiff") to show cause why her case should not be dismissed because she failed to appear for a status conference scheduled for April 27, 2011, at 9:00 am before the Honorable Gary S. Austin. (Docs. 43-45). A hearing on the Order to Show Cause was scheduled on May 25, 2011, however, Plaintiff did not appear and the matter was continued until July 11, 2010 at 10:30 am to give her another opportunity to appear.

//

//

//

1

On July 11, 2011, Plaintiff appeared telephonically at the Order to Show Cause hearing on her own behalf.[1] Sharilyn Payne, John Hugo and Carrie Lin also appeared telephonically on behalf of Defendants. At the hearing, Plaintiff demonstrated that dismissal of her case is not warranted at this time. Accordingly, the Order to Show Cause issued on April 29, 2011 is VACATED. However, Plaintiff was cautioned at the hearing, and is advised herein again, that pursing this action pro se is a serious commitment and it is expected that she will follow the Local Rules of this Court, the Federal Rules of Civil Procedure, and orders of this Court. This includes actively participating in the discovery process including, but not limited to, appearing at all scheduled depositions or requested examinations, responding to interrogatories, and to requests for production of documents. Failure to do so will result in sanctions including, but not limited to, dismissal of her case.

The parties are advised the some of the dates in the Scheduling Order have expired. (Doc. 16). As such, a hearing before the Honorable Oliver W. Wanger is set for **July 28, 2011 at 8:15 am** so that Judge Wanger may consider modifying the Scheduling Order in light of the procedural posture of this case. The parties shall prepare a *joint* scheduling report/request for new dates **no later than July 21, 2011.** Plaintiff is specifically advised that any request that she be permitted to appear telephonically for this hearing needs to coordinated directly with Judge Wanger's chambers. The undersigned cannot address such a request. **Finally, Plaintiff is also advised that her case may be dismissed if she fails to appear for the hearing before Judge Wanger, or any other Court ordered hearing in this case.**

IT IS SO ORDERED.

Dated:   **July 11, 2011**                       **/s/ Gary S. Austin**

---

[1] Initially, at 10:30 a.m., the matter was called and Plaintiff did not appear. Rather, counsel for Defendants were the only parties on the conference call. However, at about 10:52 a.m., Plaintiff, through Court Call, called into chambers. The courtroom deputy asked the Court Call administrator to contact all defense counsel before the case was called yet again. Ronald Statler, whom appeared telephonically when the case was initially called, could not be reached for the second call.

UNITED STATES MAGISTRATE JUDGE

3