DENNIS G. MCCARTHY, Esq. (Bar No. 118178)
SHARILYN R. PAYNE, Esq. (Bar No. 203700)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942-0791
Telephone:     831-373-1241
Facsimile:     831-373-7219

LEONARD C. HERR, Esq. (Bar No. 81896)
DOOLEY, HERR, PELTZER & RICHARDSON, LLP
100 Willow Plaza, Suite 300
Visalia, CA  93291-6206
Telephone:     559-636-0200
Facsimile:     559-636-9759

Attorneys for Cross-Claimant/Defendant
TULARE DISTRICT HEALTHCARE SYSTEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISMA GRIGGS,<br><br>              Plaintiff,<br><br>       v.<br><br>TULARE DISTRICT HOSPITAL, a public entity, MICHAEL BULLOCK, an individual (as to GC section 12940 only), and CRAIG TANAKA, an individual (as to GC section 12940 only),<br><br>              Defendants.<br><br>TULARE DISTRICT HEALTHCARE SYSTEM (erroneously sued as TULARE DISTRICT HOSPITAL), a public entity,<br><br>              Cross-Claimant,<br><br>       v.<br><br>SODEXO AMERICA, LLC, a Delaware limited liability company, and CRAIG TANAKA, an individual,<br><br>              Cross-Defendants. | CASE NO. 1:10-CV-00412-OWW-GSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; AND ORDER**<br><br><br><br>Date of Filing:  March 8, 2010<br><br>Trial Date:  February 7, 2012 |

| | |
|---|---|
| SODEXO AMERICA, LLC, a Delaware limited liability company,<br><br>        Cross-Claimant,<br><br>v.<br><br>TULARE DISTRICT HEALTHCARE SYSTEM (erroneously sued as TULARE DISTRICT HOSPITAL), a public entity,<br><br>        Cross-Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Chrisma Griggs in propria persona and the other parties to this action through their designated counsel that the above-captioned action, *Chrisma Griggs v. Tulare District Hospital, Michael Bullock, and Craig Tanaka,* and the above-captioned cross-actions, *Tulare District Healthcare System v. Sodexo America, LLC and Craig Tanaka,* and *Sodexo America, LLC v. Tulare District Healthcare System,* be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Each party agrees to bear its own attorneys' fees and costs incurred to date.

Dated: August __, 2011

_____
Chrisma Griggs, Plaintiff, *In Propria Persona*

Dated: August __, 2011                    FENTON & KELLER

By: _____/s/_____
Dennis G. McCarthy, Esq.
Attorneys for Defendant/Cross-Claimant/Cross-Defendant TULARE DISTRICT HOSPITAL

Dated: August __, 2011                    COOLEY MANION JONES, LLP

By: _____/s/_____
John Hugo, Esq.
Attorneys for Cross-Defendant/Cross-Claimant SODEXO AMERICA, LLC

**ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in the stipulation of plaintiff CHRISMA GRIGGS, in propria persona, and counsel for Defendant/Cross-Claimant/ Cross-Defendant TULARE DISTRICT HOSPITAL and for Cross-Defendant/Cross-Claimant SODEXO AMERICA, LLC, the Court adopts the stipulation as an order of the Court.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **September 14, 2011**             **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE